MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00017-001                                                        May 15, 2008
                                                                                    2:15 p.m.

**UNITED STATES OF AMERICA -vs- DOMINIC CHIPWELONG**, ET AL

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
                    K. LYNN LEMIEUX, COURTROOM DEPUTY
                    SANAE SHMULL, COURT REPORTER
                    BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
                    G. ANTHONY LONG, COURT-APPOINTED ATTORNEY
                    DOMINIC CHIPWELONG, DEFENDANT
                    STEVE PIXLEY, COURT APPOINTED ATTORNEY
                    MASAIOSHY DAIKICHI SALLEM, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE/ARRAIGNMENT

Defendant **DOMINIC CHIPWELONG** appeared with court appointed counsel, Attorney G. Anthony Long.  Government was represented by Beverly McCallum, AUSA.

Attorney Long stated that, after he read the indictment, he has found that he has a conflict in this case.

Court so noted and excused Attorney Long.

Court ordered that the next CJA attorney on the list be appointed as soon as possible.

Defendant was remanded back into the custody of the U.S. Marshal.


**2:20 p.m.**

Defendant **MASAIOSHY DAIKICHI SALLEM** appeared with court-appointed counsel, Attorney Steve Pixley.  Government was represented by Beverly McCallum, AUSA.

Defense stated that they were ready to proceed with the Arraignment.

Defendant was sworn and advised of his constitutional rights.

      Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him.  Court set jury trial for **July 14, 2008  at 9:00 a.m.**  Pretrial motions shall be filed by **May 29, 2008.**

      Government requested detention at this time so that an investigation into his status on island could be obtained.    Court ordered no bail at this time without prejudice.

      Defendant was remanded back into the custody of the U.S. Marshal.

      Adj.  2:25 p.m.

/s/K. Lynn Lemieux, Courtroom Deputy