F I L E D
Clerk
District Court

MAY 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | Case No.: CR 08-00017 |
| -vs- | |
| DOMINIC CHPTWELONG, et al., | **ORDER** |
| Defendants. | |

Upon the stipulated motion of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the stipulated motion to continue the deadline for filing pre-trial motions from May 29, 2008, is granted. Pre-trial motions shall be filed on or before Monday, June 23, 2008.

DATED this 21ST day of May, 2008.

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE