Steven P. Pixley, Esq.
Attorney at Law
Second Floor, CIC Centre
Beach Road, Garapan
Post Office Box 7757 SVRB
Saipan, M.P. 96950
Telephone: (670) 233-2898/5175
Facsimile: (670) 233-4716

*Attorney for Masaiochy Sallem*

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-00017 |
| Plaintiff, | |
| -vs- | WITHDRAWAL OF MOTION FOR BAIL HEARING |
| DOMINIC CHPTWELONG, MASAIOSHY DAIKICHI SALLEM, and JAMES OCHCHA, | Date: May 23, 2008 Time: 1:30 pm. Judge: Hon. Judge Alex R. Munson |
| Defendants. | |

Masaioshy Daisichi Sallem, through undersigned counsel, hereby requests permission to withdraw his request for a bail hearing on May 23, 2008, at 1:30 p.m., without prejudice.

Dated this 23rd day of May, 2008.

/s/ *Steven P. Pixley*
STEVEN P. PIXLEY
Attorney At Law