# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CR-08-00017-002								May 23, 2008
										8:45 a.m.


### UNITED STATES OF AMERICA  -vs- MASAIOSHY DAIKICHI SALLEM

PRESENT:	HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
		TINA MATSUNAGA, DEPUTY CLERK
		SANAE SHMULL, COURT REPORTER
		BEVERLY MCCALLUM, ASSISTANT U.S. ATTORNEY
		MASAIOSHY DAIKICHY SALLEM, DEFENDANT
		STEVEN PIXLEY, COURT-APPOINTED ATTORNEY FOR DEFENDANT


PROCEEDINGS:   DEFENDANT'S MOTION TO MODIFY BAIL


Defendant appeared with counsel Steven Pixley.  Government was represented by Beverly McCallum, Assistant United States Attorney.

Beverly McCallum, Assistant U.S. Attorney deferred to the Court as to the appropriateness of the third-party custodian and the release of the defendant.

Based on the findings of the Probation Office, Steven Pixley, counsel for defendant, requested to continue the bail hearing in order to allow the defendant's wife to appear in court as the proposed third-party custodian.

The Court continued the matter to the afternoon at 1:30 p.m.

Defendant was remanded into the custody of the U.S. Marshal.

								Adjourned at 8:50 a.m.


								/s/Tina P. Matsunaga, Deputy Clerk