AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

**F I L E D**
Clerk

DISTRICT OF _____ the Northern Mariana Islands District Court

UNITED STATES OF AMERICA,

    Plaintiff,

MAY 2 7 2008

For The Northern Mariana Islands
By
(Deputy Clerk)

    V.

**WARRANT FOR ARREST**

**MASAIOSHY DAIKICHY SALLEM,
DOB: 1973,**

CASE NUMBER:  **CR 08 - 00 0 1 7**

    Defendant.

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **MASAIOSHY DAIKICHY SALLEM,  DOB: 1973**

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy to Sell Government Property
Theft of Government Property**

RECEIVED

MAY 1 4 2008

US MARSHALS SERVICE-CNMI

in violation of Title  **18** , United States Code, Section(s)  **371 and 641** _____
in violation of Title  **18** , United States Code, Section(s)  **641** _____
and in violation of Title _____, United States Code, Section(s) _____

Bail fixed at $ **2, 500** _____   by _____

Name of Judicial Officer

**HONORABLE ALEX R. MUNSON**
Name of Issuing Officer

**UNITED STATES DISTRICT JUDGE**
Title of Issuing Officer

Signature of Issuing officer

**SAIPAN, CNMI**
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ SAIPAN, MP _____ | | |
| DATE RECEIVED 05-14-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 05-15-08 | JOE AUTHER, FBI SA | N Hall FOR J.A. |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____