# United States District Court
## DISTRICT OF
## Northern Mariana Islands



FILED
Clerk
District Court

MAY 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| UNITED STATES OF AMERICA, | SUBPOENA |
|---|---|
| Plaintiff, | |
| v. | CASE NUMBER: 08-00017 |
| DOMINIC CHPTWELONG, *et al.* | |
| Defendant. | |

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☐ CIVIL  ☒ CRIMINAL | ☒ PERSON   ☐ DOCUMENT(S) or OBJECT(S) |

TO: Samuel Martinsen
    Law Enforcement Ranger
    National Park Service

    YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>First Floor, Horiguchi Building<br>Saipan, MP 96950 | 101 |
| | DATE AND TIME<br>Monday, July 14, 2008 at 9:00 a.m. |

    YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

☐ *See additional information on reverse*
    This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| GALO L. PEREZ | May 27, 2008 |
| (BY) DEPUTY CLERK *[signature]* | |

This subpoena is issued upon application of the:

☐ Plaintiff  ☐ Defendant  ☒ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:
BEVERLY McCALLUM, AUSA
U.S. Attorney's Office  *[signature: Beverly M. McCall]*
Third Floor, Horiguchi Building
P.O. Box 500377, Saipan, MP 96950
(670) 236-2980
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER


AO 110 (Rev. 12/89)

| RETURN OF SERVICE(1) | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 05-28-08 | PLACE USDC-NMI Saipan |
| SERVED | DATE 05-28-08 | PLACE American Memorial National Park |
| SERVED ON (PRINT NAME) NPS LEO Ranger Sam Martinsen | | |
| SERVED BY (PRINT NAME) | TITLE CIDVSM W. Calvert #3085 | |

**STATEMENT OF SERVICE FEES**

| TRAVEL N/A | SERVICES N/A | TOTAL N/A |
|---|---|---|

**DECLARATION OF SERVER(2)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  05/28/08
              Date                   Signature of Server

PO Box 500570 Saipan MP 96950
Address of Server

ADDITIONAL INFORMATION

---

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".