A M E N D E D

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CR-08-00017-002                                                    May 23, 2008
                                                                   10:00 a.m.

**UNITED STATES OF AMERICA  -vs- MASAIOSHY DAIKICHI SALLEM**

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            BEVERLY MCCALLUM, ASSISTANT U.S. ATTORNEY
            MASAIOSHY DAIKICHY SALLEM, DEFENDANT
            STEVEN PIXLEY, COURT-APPOINTED ATTORNEY FOR DEFENDANT

PROCEEDINGS:   DEFENDANT'S MOTION TO MODIFY BAIL

Defendant appeared with counsel Steven Pixley. Government was represented by Beverly McCallum, Assistant United States Attorney. U.S. Probation Officer, Margarita Wonenberg was present.

Defense called proposed third-party custodian:

YURIKO CHIPWELONG. DX CX.

The Court found Ms. Chipwelong to be qualified as the third-party custodian for defendant and ordered that the defendant be released on the following conditions:

1)   That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that he must report at any time as requested;

2)   That the defendant shall surrender his passport and any other travel documents and not obtain any other travel documents or passport;

3)   That the defendant refrain from possessing firearms, destructive device, or other dangerous weapons, or to have at residence (all weapons in the custodian's residence shall be turned over to the U.S. Marshal.);

4)   That the defendant avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution unless accompanied by his counsel in preparation for his defense in this case;

5) That the defendant shall refrain from any and all alcohol;

6) That the defendant refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner in the Commonwealth of the CNMI;

7) That the defendant shall maintain local residence and not relocate his residence without prior written permission of the Court and that he provide a map to his residence to the U.S. Marshal;

8) The defendant must not leave the island of Saipan without written permission from the Probation Officer;

9) The defendant be released to the custody of a court-approved third party custodian;

10) That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

11) That the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed; and

12) That the defendant contact the Probation Office prior to going to the American Memorial Park;

Defendant was remanded into the custody of the U.S. Marshal.

Adjourned at 10:15 a.m.

/s/ K. Lynn Lemieux, Courtroom Deputy