FILED
Clerk
District Court

JUL - 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No.: CR-08-00017-002 |
| Plaintiff, | **WAIVER OF SPEEDY TRIAL** |
| v. | |
| | Hearing Date: |
| MASAIOSHY DAIKICHI SALLEM, | Hearing Time: |
| | Judge:   Hon. Alex R. Munson |
| Defendant. | |

I, MASAIOSHY DAIKICHI SALLEM, having been fully advised of my rights to a speedy trial, and having been advised that this right is granted to me by the Constitution of the United States and by federal case and statutory law interpreting the Constitution, and having been fully advised that my trial can only be set outside the time limits of the Speedy Trial Act if I waive my right to a speedy trial, do hereby waive my right to a speedy trial freely and without coercion. I also request that the time from the execution of this waiver up to and including October 15, 2008, be excluded from the computing of time within which trial of the offenses contained in the indictment must commence pursuant to the Speedy Trial Act.

I require more time in order to prepare my case for trial. Additionally, the government has made a plea offer to me, and I need additional time in which to discuss the possible consequences of that offer with my attorney. I request that the Court find, from this and other representations made by my attorney and me in open court and by the Assistant United States Attorney in charge of this case, that this waiver is in my best interest. I further request that this

Court find that the ends of justice served by allowing this continuance of trial outweigh any other interest that I or the general public may have in a speedy trial as defined by the United States Constitution, the Federal Rules of Criminal Procedure and the statutory and case law of the United States.

_____
MASATOSHY DAIKICHI SALLEM
Defendant

_____
STEVEN P. PIXLEY, ESQ.
Counsel for Defendant