# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00017                                                     July 3, 2008
                                                                9:55 a.m.

### UNITED STATES OF AMERICA -vs- MASAIOSHY SALLEM

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
           MASAIOSHY SALLEM, DEFENDANT
           STEVE PIXLEY, ATTORNEY FOR DEFENDANT

PROCEEDINGS:   WAIVER OF SPEEDY TRIAL

Defendant was present with court appointed counsel, Attorney Steven Pixley. Government by Beverly McCallum, AUSA.

Defendant signed the Waiver Of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **October 15, 2008** and that jury trial would commence on **Tuesday, October 14, 2008 at 9:00 a.m.** in this courtroom.

Court ordered that the defendant be allowed to remain at liberty under all the same terms and conditions as previously set.

                                                Court adjourned at 10:05 a.m.


                                                /s/K. Lynn Lemieux, Courtroom Deputy