FILED
Clerk
District Court

JUL -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No.: CR08-00017-002 |
| Plaintiff, | **ORDER GRANTING WAIVER OF SPEEDY TRIAL AND AMENDING SCHEDULING** |
| v. | |
| MASAIOSHY DAIKICHI SALLEM, | Hearing Date: |
| Defendant. | Hearing Time: |

The defendant, MASAIOSHY DAIKICHI SALLEM, having appeared in open court with his attorney on _July 3_, 2008; and

The defendant, through his attorney, having represented to the Court that he requests the Court to consider his oral motion in open court to waive speedy trial in order to allow his counsel to effectively prepare his case;

The Court finds pursuant to Title 18, United States Code § 3161(h)(8) that the ends of justice served by allowing the defense further time to review the evidence in preparation for trial and to consider the government's plea offer outweigh any other interests the public or the defendant may have in a speedy trial; therefore,

IT IS ORDERED that:

1. Pursuant to the defendant's request and a written voluntary, knowing and intelligent waiver, speedy trial is waived and the time from the execution of this waiver up to and including _OCT 15_, 2008, is hereby excluded from the computing of time within which

1  trial of the offenses contained in the indictment must commence pursuant to the Speedy Trial Act
2  ;

3   2.  The jury trial herein shall commence on __OCT 14__, 2008; and

4   3.  The following be filed with this Court no later than one week before trial:

    a)  Proposed jury voir dire questions;

    b)  A joint exhibit list (Government's exhibits numbered; Defendant's exhibits lettered) (one original and three copies for the Court);

    c)  Complete set of marked exhibits (with a copy for the Court if practicable);

    d)  Proposed verdict forms;

    e)  Witness lists for purposes of voir dire only (witness lists shall include: legal names, aliases, nicknames, place of residence, and place of employment) (one original and three copies for the Court); and

    f)  Proposed jury instructions (those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

IT IS SO ORDERED.

DATED: __July 3__, 2008.

_____
ALEX R. MUNSON
United States District Court Judge

The undersigned parties stipulate to this order both as to form and substance on this the 3rd of __July__, 2008. The defendant specifically acknowledges the waiver of speedy trial and exclusion of time up to and including __October 15__, 2008.

_____
MASAIOSHI DAIKICHI SALLEM
Defendant

_____
STEVEN P. PIXLEY
Counsel for Defendant

LEONARDO M. RAPADAS
United States Attorney

_____
BEVERLY R. McCALLUM
Assistant U.S. Attorney