FILED
Clerk
District Court

AUG 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR08-00017-002 |
| Plaintiff, ) | **SUPERSEDING INDICTMENT** |
| v. ) | Violations of 18 U.S.C. §§ 371 and 641 |
| MASAIOSHY DAIKICHI SALLEM, ) | Conspiracy to Sell Government Property (Count I) |
| Defendant. ) | Unauthorized Sale of Government Property (Count II) |

The Grand Jury charges that:

## COUNT I

(Conspiracy to Sell Government Property)

From on or about November 1, 2007, to on or about November 7, 2007, on Saipan, in the District of the Northern Mariana Islands, defendant Masaioshy Daikichi SALLEM, along with Dominic CHIPWELONG and James OCHCHA, and others known and unknown, did unlawfully, willfully and knowingly combine, conspire, confederate and agree with other persons both known and unknown to the Grand Jury, to commit an offense against the United States; that is: to steal, purloin, and without authority sell, convey and dispose of, a thing of value and property of the United States, with the intention of depriving the owner of the use and benefit of the property, in violation of Title 18, United States Code, Section 641; and

//
//
//
//

## OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, defendant Masaioshy Daikichi SALLEM, along with Dominic CHIPWELONG, James OCHCHA and their co-conspirators, committed the following overt acts, among others, in the Northern Mariana Islands; that is:

1. On or about the morning of November 1, 2007, Dominic CHIPWELONG sold a portion of the metal lighting units stolen from American Memorial Park to Huang Zheng recycling center, and was accompanied by James OCHCHA;

2. On or about the afternoon of November 1, 2007, Dominic CHIPWELONG sold a portion of the metal lighting units stolen from American Memorial Park to Huang Zheng recycling center, and was accompanied by James OCHCHA;

3. On or about November 3, 2007, defendant Masaioshy Daikichi SALLEM sold a portion of the metal lighting units stolen from American Memorial Park to Huang Zheng recycling center,

4. On or about November 4, 2007, defendant Masaioshy Daikichi SALLEM sold a portion of the metal lighting units stolen from American Memorial Park to Huang Zheng recycling center;

5. On or about November 5, 2007, Dominic CHIPWELONG sold a portion of the metal lighting units stolen from American Memorial Park to Huang Zheng recycling center;

6. On or about November 7, 2007, Dominic CHIPWELONG and James OCHCHA were present at Huang Zheng recycling center and there attempted to sell a portion of the metal lighting units stolen from American Memorial Park to Huang Zheng recycling center;

all in violation of Title18, United States Code, Section 371.

//
//
//

## COUNT II

(Unauthorized Sale of Government Property)

On or about November 3, 2007, on Saipan, in the District of the Northern Mariana Islands, defendant Masaioshy Daikichi SALLEM unlawfully and knowingly did without authority sell, convey and dispose of, property of value of the United States and of any department and agency thereof, that is: metal lighting units that were the property of the United States Department of the Interior, National Park Service, said metal lighting units having a value of more than one thousand dollars ($1,000.00), with the intention of depriving the owner of the use and benefit of the property, in violation of Title 18, United States Code, Section 641.

DATED this 12th day of August, 2008.

A TRUE BILL

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

_____
BEVERLY R. McCALLUM
Assistant United States Attorney