LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
DISTRICT OF THE NORTHERN
 MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax: (670) 236-2945

Attorneys for United States of America

F I L E D
Clerk
District Court

AUG 14 2008

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-00017-002 |
| Plaintiff, ) | |
| v. ) | STIPULATION |
| MASAIOSHY DAIKICHI SALLEM, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, through the undersigned Assistant United States Attorney, and defendant Masaioshy Daikichi Sallem, through the undersigned defense counsel, that it is in the interests of justice that the arraignment of defendant Sallem on the Superseding Indictment be held on **Wednesday, August 27, 2008, at 9:00 a.m.** It is further stipulated that it would be in the interests of justice for any alleged violation of defendant Sallem's conditions of pre-trial release to be considered in the same proceeding. The Chief Judge who has presided over the instant case is not currently on Saipan, and the undersigned prosecutor has previously noticed the Court that she would be in the

//

1  mainland United States until approximately August 26, 2008.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 8-14-08          By:   *(signature)*
                              Beverly R. McCallum
                              Assistant United States Attorney

DATED: 8/14/08                *(signature)*
                              STEVEN P. PIXLEY
                              Attorney for Defendant
                              Masaioshy Daikichi Sallem

-2-