LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
    Mariana Islands
Horiguchi Building; Suite 300
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>MASAIOSHY DAIKICHI SALLEM,<br><br>           Defendant. | Case No.:   CR 08 – 00017-002<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 14, 2008, I caused a document entitled "Stipulation" to be filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following: Steven P. Pixley, Esq., at sppixley@aol.com; George L. Hasselback, Esq., at attorneys@saipan.com, and Robert Tenorio Torres, Esq., at rttlaw@pticom.com.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and the Northern Mariana Islands

                              /s/ *Beverly R. McCallum*
                              BEVERLY R. McCALLUM
                              Assistant United States Attorney
                              E-mail: beverly.mccallum@usdoj.gov

1