AO 442  (Rev. 5/93) Warrant for Arrest

ORIGINAL

# United States District Court
## District of the Northern Mariana Islands

FILED
~~Clerk~~
District Court
AUG 15 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA

V.

MASAIOSHY DAIKICHI SALLEM

**WARRANT FOR ARREST**

CASE NUMBER: CR 08-00017-001

RECEIVED
AUG 15 2008
US MARSHALS SERVICE-CNMI

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ___MASAIOSHY DAIKICHI SALLEM___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☑ Probation Violation Petition

charging him or her with (brief description of offense)

Condition of Release: The defendant is placed in the custody of Yuriko Chipwelong. He shall not relocate from the residence of the custodian without written permission of the court.

in violation of Title ___18___ United States Code, Section(s) ___3148___

David A. Wiseman
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Designated Judge, U.S. District Court, NMI
Title of Issuing Officer

August 15, 2008    Garapan, Saipan
Date and Location

Bail fixed at $ _NO BAIL_  by Honorable, David A. Wiseman, Designated Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Gualo-Kai Village, Rangamar Compound, Robat Rd - Saipan Island CNMI |

| DATE RECEIVED 08-15-08 | NAME AND TITLE OF ARRESTING OFFICER W. M. Calvert CIDUSM # 3086 USMS D/NMI | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 08-15-08 | | |