MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00017-002

August 15, 2008
3:15 p.m.

**UNITED STATES OF AMERICA -v- MASAIOSHY DAIKICHI SALLEM**

PRESENT:   HON. DAVID A. WISEMAN, DESIGNATED JUDGE PRESIDING
K. LYNN LEMIEUX, COURTROOM DEPUTY
TINA MATSUNAGA, COURT REPORTER
BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
STEVE PIXLEY, ATTORNEY FOR DEFENDANT
MASAIOSHY DAIKICHI SALLEM, DEFENDANT

PROCEEDINGS: REVOCATION HEARING

Defendant was present with court appointed counsel, Attorney Pixley. Government was represented by Beverly McCallum, AUSA and U. S. Probation Officer, Melinda Brunson.

Government moved to revoke the defendant's liberty and that he be taken into custody.

Defense stated that the defendant did admit to violating the condition of leaving the residence of his third-party custodian. Further, the defendant admitted to the violation of drinking alcohol.

Court ordered that the defendant's liberty be revoked.

Defendant was remanded into the custody of the U.S. Marshal with a $10,000 cash bail.

Adj. 3:25 p.m.

By: _____/s/_____
K. Lynn Lemieux, Courtroom Deputy