FILED
Clerk
District Court

AUG 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-00017-002 |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER SETTING |
| v. | ) | ARRAIGNMENT ON |
| | ) | SUPERSEDING INDICTMENT |
| MASAIOSHY DAIKICHI SALLEM, | ) | |
| | ) | |
| Defendant | ) | |

BASED UPON the August 14, 2008, stipulation of the parties, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the arraignment on the superseding indictment shall be on **Wednesday, August 27, 2008, at 9:00 a.m.**

DATED this 22nd day of August, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)