```
                                              F I L E D
                                                 Clerk
                                             District Court

                                              AUG 2 7 2008

                                        For The Northern Mariana Islands
                                        By_____
                                                  (Deputy Clerk)
```

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-08-00017-002 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NOTICE OF |
| | ) | RESCHEDULED HEARING |
| MASAIOSHY DAIKICHI SALLEM, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that the Arraignment hearing that was scheduled for August 27, 2008 at 9:00 a.m., in the above captioned matter, has been continued to **Thursday, August 28, 2008 at 9:00 a.m.**

DATED this 27th day of August, 2008.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)