MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00017-002                                             August 28, 2008
                                                            8:40 a.m.

**UNITED STATES OF AMERICA -vs- MASAIOSHY DAIKICHI SALLEM**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
           STEVE PIXLEY, COURT APPOINTED ATTORNEY
           MASAIOSHY DAIKICHI SALLEM, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT on SUPERSEDING INDICTMENT

Defendant **MASAIOSHY DAIKICHI SALLEM** appeared with court appointed counsel, Attorney Steve Pixley. Government was represented by Beverly McCallum, AUSA.

Defense stated that they were ready to proceed with the Arraignment.

Defendant was sworn and advised of his constitutional rights.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court accepted the plea. Court stated that the jury trial in this case is set for **October 14, 2008 at 9:00 a.m.** Both parties are satisfied with the present trial date.

Government moved to dismiss Counts I and II, as to this defendant only, in the original indictment. Court so ordered.

Defendant was remanded back into the custody of the U.S. Marshal.

Adj.  8:45 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy