Steven P. Pixley, Esq.
Attorney at Law
Third Floor, TSL Plaza
Beach Road, Garapan
Post Office Box 7757 SVRB
Saipan, M.P. 96950
Telephone: (670) 233-2898/5175
Facsimile: (670) 233-4716

*Court Appointed Attorney for Masaioshy D. Sallem*

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-00017 |
| Plaintiff, ) | |
| -vs- ) | **MOTION FOR BAIL MODIFICATION HEARING** |
| MASAIOSHY D. SALLEM, ) | |
| Defendant. ) | Date: September 11, 2008 |
| ) | Time: 11:00 a.m. |

Masaioshy D. Sallem, through undersigned counsel, and pursuant to 18 U.S.C. §§ 1342 and 1344, hereby respectfully moves this court for a bail modification hearing on **September 11, 2008 at 11:00 a.m.**

Dated this 10th day of September, 2008.

/s/ STEVEN P. PIXLEY
Attorney at Law