# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00017-002                                       September 11, 2008
                                                      10:55 a.m.


### UNITED STATES OF AMERICA  -vs-  MASAIOSHY DAIKICHI SALLEM


PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            BEVERLY MCCALLUM, ASSISTANT U.S. ATTORNEY
            MASAIOSHY DAIKICHY SALLEM, DEFENDANT
            STEVEN PIXLEY, COURT-APPOINTED ATTORNEY FOR DEFENDANT


PROCEEDINGS:   BAIL HEARING


   Defendant appeared with counsel Steven Pixley. Government was represented by Beverly McCallum, Assistant United States Attorney.

   Attorney Pixley argued for release pending trial.

   Attorney Pixley called potential third-party custodian:

   **YURITA DAIKICHI RANGAMAR**. DX.

   Court, after hearing testimony, determined that Ms. Rangamar was qualified to be a third-party custodian.

   Defendant was remanded into the custody of the U.S. Marshal until processing of the paperwork.

                                          Adjourned at 11:00 a.m.


                                          /s/K. Lynn Lemieux, Courtroom Deputy